THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABE GELLER, Appellant.

Submitted June 3, 1940; decided October 1, 1940.

*Abe Geller* in person, appellant.

*Thomas E. Dewey, District Attorney* (*Stanley H. Fuld* of counsel), for respondent.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.